IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil Action No. 1:20-cv-1023-AWI-JLT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **[PROPOSED] CONSENT JUDGMENT** |
| SATNAM SINGH MANN, | ) | **REVOKING NATURALIZATION** |
| *a/k/a* SATNAM SINGH, | ) | |
| | ) | |
| Defendant. | ) | |

The Court having considered the Complaint filed by the United States of America against Defendant Satnam Singh Mann, a/k/a Satnam Singh, and having jurisdiction over this matter pursuant to 8 U.S.C. § 1451(a) and 28 U.S.C. §§ 1331 and 1345; the parties having filed a Joint Motion for Entry of Consent Judgment; Defendant having admitted that he procured his naturalization by concealment of a material fact and willful misrepresentation as described in Count III of the Complaint and Joint Motion; and Defendant having appeared through his counsel of record before this Court and counsel having confirmed Defendant's understanding of these proceedings; it is hereby ORDERED, ADJUDGED, and DECREED as follows:

(1) The Joint Motion (Doc. No. 7) is GRANTED;

(2) In accordance with the Joint Motion, judgment is ENTERED in favor of the United States and against Defendant;

(3) The Court FINDS and DECLARES that Defendant procured his U.S. citizenship by concealment of a material fact and willful misrepresentation;

(4) The order admitting Defendant to U.S. citizenship is REVOKED and SET ASIDE, effective as of the original date of the order, December 14, 2006;

(5) Certificate of Naturalization No. 30181389 is CANCELED, effective as of the original date of the certificate, December 14, 2006;

(6) Defendant is forever RESTRAINED and ENJOINED from claiming any rights, privileges, benefits, or advantages under any document which evidences United States citizenship obtained as a result of his December 14, 2006 naturalization;

(7) Defendant shall, within ten days of this Order, surrender and deliver his Certificate of Naturalization, any and all U.S. passports and passport cards, and any other indicia of U.S. citizenship, as well as any copies thereof in his possession or control (and make good faith efforts to recover and then surrender any copies thereof that he knows are in the possession or control of others), to Counsel for the United States, Jessica A. Dawgert;

(8) The Parties shall appear in person for a compliance hearing on September 21, 2020, at 1:30 p.m., at which Defendant must demonstrate that he has complied with this Judgment, unless the United States provides notice that Defendant has fully complied and this Judgment is satisfied, in which case such hearing will be canceled.

IT IS SO ORDERED.

Dated: __August 25, 2020__          _____
                                      SENIOR DISTRICT JUDGE